# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BOARD OF TRUSTEES OF THE UNIVERSITY OF ARKANSAS, A BODY POLITIC AND CORPORATE,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:20-cv-03837

Judge Manish S. Shah

Magistrate Judge Jeffrey I. Cummings

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 56 | Top_500_sports |
| 414 | Zfx2046 |
| 98 | jordan_nba2020 |
| 96 | Jersey_nba_stor |
| 97 | Jerseyhbdh123 |
| 230 | usa_jersey_shop |
| 49 | Poloshirtll |
| 78 | poloshirtjj |
| 227 | Tryones |
| 211 | Redtradesport |
| 153 | Fans_edge |
| 409 | Quanzhou AIMI Melamine Ware Co., Ltd. |
| 191 | mickisportsjerseys |

DATED: September 1, 2020	Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 1, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt