# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

BOARD OF TRUSTEES OF THE UNIVERSITY OF
ARKANSAS, A BODY POLITIC AND CORPORATE,
et al.

                                              Plaintiff,

v.                                                Case No.:
                                                   1:20−cv−03837
                                                  Honorable Manish
                                                  S. Shah

labalon, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 14, 2020:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the notice of voluntary dismissal, plaintiff's claims against all remaining defendants are dismissed. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.